FILED
MAY 15 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 12CR1580-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| RICARDO ESTEBAN PENA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, upon the motion of the Government, the indictment against Defendant Ricardo Esteban Pena be dismissed without prejudice.

DATED: May 15, 2012

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE